UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JERRY EISOM

    v.                                                                                                         CA 15-245 ML

UNITED STATES GOVERNMENT,
HOMELAND SECURITY

## MEMORANDUM AND ORDER

      This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 18, 2015. Magistrate Judge Almond recommends that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). No objection has been filed and the time for doing so has passed.

      The Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED because it is frivolous and it fails to state a claim on which relief may be granted.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
July 9, 2015